**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Baljinder Singh Rathaur, | No. CV-26-01382-PHX-SMB (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On February 27, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner asserted that his redetention following being released from immigration detention violated his due process rights. The Court directed Petitioner to show cause why the Petition should not be granted. (Doc. 6.) In their Response, Respondents state:

> Respondents hereby respond to the Petition for Writ of Habeas Corpus, (Doc. 1), and the Court's Order to Show Cause (Doc. 4). Respondents do not oppose Petitioner's request for release from custody.

(Doc. 7.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28

U.S.C. § 2241 (Doc. 1) is **granted** as to his request for immediate release from DHS custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two days of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -